## F. S. & N. S. RECTOR v. JOHN HUNTER.

Where two parties agreed, without suit, to submit the matters in controversy between them to arbitrators, and handed the papers concerning the matters of dispute to the arbitrators, telling them to take the papers and do what was right, neither party proposing to introduce testimony; and the arbitrators, after informing themselves, as best they could, of the facts involved, made an award, it was held that the award was entitled to the faith which belongs to a Common Law award.

Appeal from Bastrop. The appellants, who were plaintiffs below, had leased certain premises to the defendant, under mutual stipulations as to rent, service, improvements, &c. A dispute having arisen as to the terms of settlement, they entered

Rector v. Hunter.

into a stipulation to submit the same to two arbitrators named, and handed the papers to the arbitrators, telling them to take the papers and do what was right. Neither party proposed to offer testimony to the arbitrators. The latter rode over the premises, and having informed themselves of the facts, as best they could, made their award. The plaintiffs brought this suit on the original contract of lease, alleging fraud on the part of the defendant, and mistake on the part of the arbitrators. But there was no evidence of either fraud or mistake.

*Oldham, Marshall & Terrell*, for appellants.

*Hamilton & Chandler*, for appellee.

LIPSCOMB, J. In this case, the award of the arbitrators seems to be confined to the matter submitted to their arbitrament; and the matters of fact, by which the appellants sought to impeach the award, were fairly presented to the jury by the charge of the Judge, and his charge upon the law correctly laid down, leaving no ground, in our opinion, for reversing the judgment. If the plaintiffs have suffered, as it is very possible they have, it is not to be attributed to any defect in the administration of the law, but to their own negligence, in the submission, and then to their want of attention, in not presenting their evidence fully to the arbitrators. The judgment is affirmed.

Judgment affirmed.